UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                CASE NO. 09-40730-TLH4
                                                      CHAPTER 13
LINDA MECHELLE JEFFERSON


             Debtor(s)
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: RENT-A-CENTER which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 397591 in the amount of $58.78 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF THE CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

LINDA MECHELLE JEFFERSON
17 JOHNNY SWEET ROAD
QUINCY, FL 32351

RENT-A-CENTER
777 CAPITAL CIRCLE SW
TALLAHASSEE, FL 32305

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

8/24/2010  3:34 pm / CR_213